

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 4: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY HOLMES, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3245** |
| **MARLIN GUSMAN** | **SECTION "N"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Randy Holmes, Jr.'s Title 42 U.S.C. § 1983 complaint against Orleans Parish Criminal Sheriff Marlin Gusman is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _28th_ day of _November_ _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____